```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Richard Caceres

    v.                                           Case No. 23-cv-00058-PB-AJ

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 11, 2023, deny petitioner's motion for summary judgment (Doc. No. 8), and grant respondent's motion for summary judgment (Doc. No. 9). The clerk of court shall enter judgment and close this case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                      /s/Paul Barbadoro_____
                                                      Paul J. Barbadoro
                                                      United States District Judge

Date: September 13, 2023

cc: Richard Caceres, pro se
    Counsel of Record